THE BALLSTON REFRIGERATING STORAGE COMPANY, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Ballston Refrigerating Storage Co.* v. *N. Y. Central R. R. Co.*, 181 App. Div. 960, affirmed.

(Argued March 3, 1920; decided March 19, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 31, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee. The action was brought to recover damages resulting from loss and injury to forty-three carload shipments of apples, due to alleged unreasonable delay in transportation. The apples were contracted to

be carried by the defendant as a common carrier, under and in pursuance of the required standard form of straight bills of lading, from Ballston, via Troy on defendant's Hudson River division, and from New Scotland, Coxsackie and Ravena, N. Y., on defendant's West Shore division to New York city during the months of January, February, March and April, 1916. By reason of the alleged unusual and unreasonable delay in transportation, the apples were found on delivery at destination in New York city to be in a damaged condition, and after due inspection by the defendant, were sold at a loss in that market. The proceeds of the sales were deducted from the values, declared and respectively found at time and place of each shipment, in estimating and assessing plaintiff's damage.

*Sherman A. Murphy* for appellant.

*Frank H. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.